IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DHILLON HOTEL, INC., d/b/a HOLIDAY INN GREAT FALLS,<br><br>Plaintiff,<br><br>-vs-<br><br>THE SHERWIN-WILLIAMS COMPANY, and JOHNSON-MADISON LUMBAR CO.;<br><br>Defendants, | Cause No. CV 22-16-GF-BMM-JTJ<br><br><br>**ORDER** |

Pursuant to Defendant, Johnson-Madison Lumbar, Co.'s unopposed Motion to Remand, and Brief in Support, and good cause appearing;

IT IS HEREBY ORDERED this matter is remanded to the Eighth Judicial District Court, Cascade County, Montana.

DATED this 13th day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court